**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.: 1:11-cv-02070-RPM**

Deja Franks,

    Plaintiff

v.

Metro Collection Service, Inc.,

    Defendant

_____

Agreed Order of Dismissal Pursuant to Settlement
_____

Pursuant to Stipulation to Dismiss Pursuant to Settlement, the case is dismissed *with* prejudice and without fees or costs to either party.

Dated: December 15th, 2011

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____
                         Richard P. Matsch, Senior Judge